STATE v. JOHN ARCH THOMPSON.

(Filed 28 October, 1925.)

APPEAL from *Calvert, J.,* and a jury, at March Term, 1925, of ORANGE. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Gattis & Gattis for defendant.*

PER CURIAM. The defendant was found guilty by the jury of aiding and abetting in the manufacture of liquor. We think the evidence objected to competent. We think there was some evidence sufficient to be submitted to the jury—the probative force was for the jury. *S. v. Killian,* 178 N. C., p. 753. We see no prejudicial or reversible error in the record.